**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL WILLIAMS,** | : | |
| **Petitioner,** | : | |
| **v.** | : | **CIVIL ACTION NO. 08-00239-CG-B** |
| **GARY HETZEL,** | : | |
| **Respondent.** | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this court. It is ORDERED that Petitioner's petition for habeas corpus relief is hereby **DENIED.** The court further finds that Petitioner is not entitled to a certificate of appealability.

**DONE and ORDERED** this 27th day of December, 2010.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE