# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL WILLIAMS,** | : | |
| Petitioner, | : | |
| v. | : | **CIVIL ACTION NO. 08-00239-CG-B** |
| **GARY HETZEL,** | : | |
| Respondent. | : | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED, and DECREED** that this petition be and is hereby **DENIED**. Petitioner is not entitled to a certificate of appealability.

**DONE and ORDERED** this 27th day of December, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE